## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

WALDO AXEL PEREZ VELASQUEZ,

    Petitioner,

    v.                                                No. 2:25-cv-01238-SMD-JHR

TODD LYONS, *et al*.,

    Respondents.

## **ORDER**

Before the Court is the matter of Petitioner's counsel's non-compliance with two Court orders. Following a *sua sponte* review of the docket, the Court notes that on January 28, 2026, the Court directed petitioner's counsel to serve Respondents, provide them with courtesy copies, and file a certificate of service. *See* Doc. 5. Petitioner's counsel did not comply with that order.

On February 19, 2026, the Court issued an Order to Show Cause (Doc. 6) in response to counsel's ongoing non-compliance. The Order directed counsel to file a written explanation by 5:00 p.m. on February 23, 2026. Counsel neither responded by the deadline nor requested an extension. Instead, counsel filed an untimely response on March 9, 2026. *See* Doc. 17. Consequently, Petitioner's counsel has not complied with two Court orders.

In mitigation, the Court acknowledges that Petitioner's counsel is managing a high volume of over one hundred habeas corpus petitions while having health issues.

Federal courts "have the inherent power to manage their own proceedings and to control the conduct of those who appear before them." *Chambers v. NASCO, Inc.*, 501 U.S. 32, 33 (1991). Under Federal Rule of Civil Procedure 16(f)(1)(C), the Court may "issue any just orders" if a party or its attorney "fails to obey a scheduling or other pretrial order." *See* Fed. R. Civ. P. 16(f)(1), (2).

Furthermore, Federal Rule of Civil Procedure 11(c)(4) authorizes the Court to direct an attorney to pay a penalty into court for such non-compliance.  *See* Fed. R. Civ. P. 11(c)(4).

**IT IS THEREFORE ORDERED** that, no later than 5:00 p.m. on March 13, 2026, Petitioner's counsel Brian Scott Green shall pay a fine of $200, payable to "United States District Court – Clerk of Court."  Payment shall be delivered to:

> U.S. District Court
> District of New Mexico
> Pete V. Domenici U.S. Courthouse
> 333 Lomas Blvd NW, Suite 270,
> Albuquerque, NM 87102.

**IT IS SO ORDERED.**

_____
**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**